IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **FRANK M. GILBERT** ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | Civil Case No. 06-04078-CV-C-DW |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security** ) | |
| ) | |
| Defendant ) | |

__X__ **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.

**ORDERED**: the Court **AFFIRMS** the Commissioner's decision.

| | |
|---|---|
| December 18, 2007 | Patricia Brune |
| Date | Clerk |
| | By: __/s/ Y. Johnson__ |
| | Deputy Clerk |